# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4614
_____

DONALD BANKS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

May 16, 2019

PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Donald Banks, pro se, Appellant.

Ashley Moody, Attorney General, and Charmaine M. Millsaps, Senior Assistant Attorney General, Tallahassee, for Appellee.